

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 2 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Pedro Baez<br>DEFENDANT(S). | CASE NUMBER<br>ED11-00278<br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _A_____, IT IS ORDERED that a detention hearing is set for _Tuesday, July 26_, _2011_, at _2:00_ ☐ a.m. /☒ p.m. before the Honorable _SHERI PYM_____, in Courtroom _4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _7-22-11_          _____
                          U.S. District Judge/Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                    Page 1 of 1